IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICHAEL C. MILLER, SR., )
d/b/a MILLER'S LAWN SERVICE, )
                                                     )
        Plaintiff,               )
                                                     )
       v.                        ) Civ. No. 12-216-SLR/CJB
                                                     )
DELAWARE TECHNICAL & )
COMMUNITY COLLEGE, et al., )
                                                     )
        Defendants.      )

**ORDER**

At Wilmington this 16th day of September, 2016, having reviewed the Report and Recommendation issued by Magistrate Judge Burke in connection with defendants' motion to dismiss, and the responses thereto;

IT IS ORDERED that the Report and Recommendation (D.I. 14) is adopted, the defendants' objections rejected, and defendants' motion to dismiss (D.I. 4) is granted in part and denied in part as recommended by Judge Burke. More specifically, although the arguments contained within defendants' objections with respect to Eleventh Amendment Immunity may ultimately prove to be meritorious, defendants presented me with facts not of record before Judge Burke (and facts which may be disputable, requiring vetting through discovery). I decline to allow a party to circumvent the court's process in this manner. With respect to Judge Burke's analysis under *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), I find no

legal error.

_____
United States District Judge