## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL C. MILLER, SR.,<br>d/b/a MILLER'S LAWN SERVICE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 12-216-SLR/CJB |
| DELAWARE TECHNICAL &<br>COMMUNITY COLLEGE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

At Wilmington this 16th day of September, 2016, having reviewed the Report

and Recommendation issued by Magistrate Judge Burke in connection with defendants'

motion to dismiss, and the responses thereto;

IT IS ORDERED that the Report and Recommendation (D.I. 14) is adopted, the

defendants' objections rejected, and defendants' motion to dismiss (D.I. 4) is granted in

part and denied in part as recommended by Judge Burke. More specifically, although

the arguments contained within defendants' objections with respect to Eleventh

Amendment Immunity may ultimately prove to be meritorious, defendants presented me

with facts not of record before Judge Burke (and facts which may be disputable,

requiring vetting through discovery). I decline to allow a party to circumvent the court's

process in this manner. With respect to Judge Burke's analysis under *Bell Atl. Corp. v.

Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), I find no

legal error.

United States District Judge