IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL C. MILLER, SR. d/b/a<br>MILLER'S LAWN SERVICE | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | ) | Civ. No. 12-216-SLR-CJB |
| | )<br>) | |
| DELAWARE TECHNICAL &<br>COMMUNITY COLLEGE, LINFORD P.<br>FAUCETT, III, GEORGE E. BOOTH,<br>ROBERT W. HEARN, JR., KYLE L.<br>SERMAN, and H. ALLAN SCHIRMER,<br>each individually and in their official<br>capacities, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 22nd day of July, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on July 1, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 54) is adopted.

2. Defendants' motion for summary judgment (D.I. 42) is denied.

_____
United States District Judge